**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-2047**

---

STEWART B. ALLEN,

                              Plaintiff - Appellant,

        versus


TEDESIA   EDWARDS;   DEBORAH   FALDUTI;   ROBERT
MURPHY,  Service  Manager  of  DARCARS;  CHARLIE
PARKER;  DARCARS  TOYOTA,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
02-2921-DKC)

---

Submitted:  November 19, 2003        Decided:  December 3, 2003

---

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Stewart B. Allen, Appellant Pro Se.  John Paul Lynch, Gina Jun,
MCNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & WALKER, P.A., Greenbelt,
Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stewart B. Allen appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Allen v. Edwards</u>, No. CA-02-2921-DKC (D. Md. filed Aug. 18, 2003; entered Aug. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>